UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS BENDER,

       Plaintiff,                            Case No. 1:21-cv-323

v.                                                    Hon. Hala Y. Jarbou

MARIA BOYREAU and
BARBARA BOYREAU,

       Defendants.
_____/

**ORDER**

Pursuant to a status conference held this date, the case is **STAYED** pending a settlement conference to be held **June 14, 2021, at 1:30 p.m.** before the undersigned.  The settlement conference will be held by zoom video conference, and the Court will furnish the parties with the video link.  Counsel shall submit a confidential settlement letter as outlined at the status conference to kent_mediation@miwd.uscourts.gov no later than June 9, 2021.

**IT IS SO ORDERED.**

Dated:  May 28, 2021                          /s/ Ray Kent
                                                    RAY KENT
                                                      United States Magistrate Judge