UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:21-cv-00323-HYJ-RSK | |
| **Caption:**   Bender v. Boyreau et al | |

| **Date:** June 14, 2021 | **Time:** 1:43 - 3:31 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Andrew Feldman | Lois Bender |
| **DEFENDANTS:** | Meghan Lamping | Maria Boyreau<br>Barbara Boyreau |

## PROCEEDINGS

**NATURE OF HEARING:**

**SETTLEMENT CONFERENCE held by video conference; to be continued.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 1:43 - 1:50 p.m. | No |
| Settlement discussions between Judge and parties | 1:50 - 3:31 p.m. | No |

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter