UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS BENDER,

        Plaintiff,                          Case No. 1:21–cv–323

v.                                      Hon. Hala Y. Jarbou

MARIA BOYREAU, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Settlement Conference
Date/Time:              June 23, 2021   10:00 AM
Magistrate Judge:    Ray Kent
Place/Location:       by video

*THE COURT WILL FURNISH THE PARTIES WITH THE VIDEO LINK.*

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  June 15, 2021          By:    /s/ Faith Hunter Webb_____
                                                  Judicial Assistant