UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| **Case No:** 1:21-cv-00323-HYJ-RSK | | | |
|---|---|---|---|
| **Caption:**   Bender v. Boyreau et al | | | |
| **Date:** June 23, 2021 | **Time:** 10:43 a.m. - 1:39 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Andrew Feldman | Lois Bender |
| DEFENDANTS: | Meghan Lamping | Maria Boyreau<br>Barbara Boyreau |

## PROCEEDINGS

**NATURE OF HEARING:**

**Continued SETTLEMENT CONFERENCE held by video conference.**

**The parties did reach a settlement of the case.**

**Date to be set for closing documents to be submitted.**

| Event | Time | Digitally recorded |
|---|---|---|
| Settlement discussions between Judge and parties | 10:43 a.m. - 1:27 p.m. | No |
| Settlement placed on the record with defendants | 1:27 p.m. - 1:33 p.m. | Yes |
| Settlement placed on the record with plaintiff | 1:33 p.m. - 1:39 p.m. | Yes |

Portions of Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter